UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>Defendants. | No. 1:21-cv-11276-WGY |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT WILLIAM T. KAITZ

Pursuant to Local Rule 83.5.2(c), the undersigned counsel respectfully submits this Assented-To Motion for Leave to Withdraw as Counsel for Defendant William T. Kaitz and requests that this Court grant the undersigned leave to withdraw.

Under Local Rule 83.5.2(c)(2), counsel's withdrawal requires leave of court for good cause shown. Leave to withdraw may be granted in the Court's sound discretion. *See Andrews v. Bechtel Power Corp.*, 780 F.2d 124, 135 (1st Cir. 1985). Massachusetts Rules of Professional Conduct 1.7(a) provides that "a lawyer shall not represent a client if the representation involves a concurrent conflict of interest" where there is "a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibility to another client, a former client or a third person[.]" Mass. Prof. Rule 1.7(a)(2). Without divulging any client confidences, effective assistance of counsel can no longer be rendered due to a concurrent conflict of interest. Mr. Kaitz

has been notified of this motion and has consented to the withdrawal. Plaintiff's counsel also assented to the withdrawal.

This case was filed on August 5, 2021. [D.I. 1.] On August 19, the Court granted the parties' Joint Motion for Extension of Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief as to William T. Kaitz and of the Deadline to Respond to the Plaintiff's Motion for Preliminary Injunction, which extended the temporary restraining order and response deadline to September 3, 2021. [D.I. 30.] Mr. Kaitz is aware of the September 3, 2021 deadline and is actively engaged in retaining new counsel. Any new counsel retained by Mr. Kaitz will receive full cooperation from the undersigned in the transfer of responsibility for the case.

| | |
|---|---|
| Dated: August 24, 2021 | Respectfully submitted,<br><br>GREENBERG TRAURIG, LLP<br><br>/s/ *Mian R. Wang*<br>Mian R. Wang (BBO# 683656)<br>One International Place, Suite 2000<br>Boston, Massachusetts 02110<br>Tel: (617) 310-6000<br>Fax: (617) 310-6001<br>E-mail: wangm@gtlaw.com<br><br>*Attorneys for Defendant William T. Kaitz* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, a copy of this Motion, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). A copy will also be sent via first class mail or email to those parties who have not yet registered for notice via the CM/ECF system.

/s/ *Mian R. Wang*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that on August 24, 2021, I conferred with Plaintiff's counsel on this motion and Plaintiff's counsel assented to the relief requested herein.

/s/ *Mian R. Wang*