UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>　　　　　　Defendants. | No. 1:21-cv-11276-WGY |

### JOINT MOTION FOR MODIFICATION AND EXTENSION OF TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS, AND ORDER FOR OTHER EQUITABLE RELIEF AS TO JACKSON T. FRIESEN

Plaintiff, the Securities and Exchange Commission (the "Commission") and Defendant Jackson T. Friesen ("Friesen") jointly move, pursuant to Fed. R. Civ. P. 65(b)(2), for the Court's approval of the attached Second Stipulated Extension of the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief (the "TRO") as to Friesen (the "Stipulation"). Good cause exists to extend the TRO as to Friesen from August 27, 2021 to September 10, 2021, for the reasons set forth below. Further, in light of this additional requested period of time, the Commission assents to Friesen's use of $5,000 for living necessities.

1. On August 6, 2021 at 1:10 p.m., the Court granted the Commission's *ex parte* motion seeking preliminary relief and entered TRO.

2. On August 13, 2021, the Commission filed a Motion for Preliminary Injunction. *See* Docket No. 24. A hearing on the Commission's motion was held on August 20, 2021.

1

3. At that hearing, counsel for the Commission and for Friesen expressed their agreement to an extension of the TRO for a brief period of time to allow the parties to have further discussions to see if they would be able to reach agreement on the terms of a stipulated preliminary injunction order that, in the absence of a further Court order, will govern the terms and scope of the freeze on Friesen's assets while this action remains pending.

4. Accordingly, the Court, upon motion by the parties, agreed that the terms of the TRO as they currently apply to Mr. Friesen should be extended for a period of 7 days, until Friday, August 27, 2021.  Dkt. Nos. 41, 42.

5. The parties have engaged in good faith discussions to see if they would be able to reach agreement on the terms of a stipulated preliminary injunction order that, in the absence of a further Court order, will govern the terms and scope of the freeze on Friesen's assets while this action remains pending.  Those discussions, however, are ongoing.  Relatedly, Friesen has engaged additional counsel since August 20, 2021, who requires time to assess this matter.

6. The parties, therefore, seek an additional two weeks—to September 10, 2021—to continue to discuss the possibility of reaching a stipulated preliminary injunction. During that period of time, Friesen requires funds to pay for living necessities. The Commission assents to the release of Five Thousand Dollars ($5,000) frozen in Friesen's account ending in the four digits 2334 at the Canadian Imperial Bank of Commerce for that purpose. This motion and the assented to release of funds is without prejudice to Friesen seeking further relief from this Court for a greater release of funds for Friesen's reasonable expenses.

7. In the event that the parties do not reach an agreement on the terms of a stipulated preliminary injunction order, Friesen will file an opposition to the Commission's Motion for Preliminary Injunction (*see* Docket No. 24) by Friday, September 10, 2021.

8. The parties agree that the TRO will not lapse as to Friesen until either the parties submit an agreed-upon preliminary injunction to the Court that the Court accepts, or the Court rules on a disputed preliminary injunction motion as to Friesen.

9. In moving for this extension of the TRO, Friesen is not admitting or suggesting any wrongdoing with respect to the allegations in the Complaint. Further, the Commission and Friesen each reserve all rights and remedies with respect to the TRO and the Commission's requested preliminary injunction.

WHEREFORE, the parties jointly request that the Court enter the Stipulation as to Friesen and the Order Granting Friesen Limited Relief from the Order to Freeze Assets that are filed herewith.

Dated: August 26, 2021

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ Eric A. Forni
Eric A. Forni (Mass Bar No. 669685)
Kathleen Burdette Shields (Mass Bar No. 637438)
SECURITIES AND EXCHANGE COMMISSION
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8827 (Forni Direct), (617) 573-8904 (Shields direct)
Fax: (617) 573-4590
Fornie@sec.gov; shieldsska@sec.gov

JACKSON T. FRIESEN

By his attorneys,

/s/ Sarah E. Walters
McDermott Will & Emery
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
sewalters@mwe.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

   /s/ Eric A. Forni
      Eric A. Forni