## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>     v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>               Defendants. | No. 1:21-cv-11276-WGY |

## JOINT MOTION FOR ENTRY OF PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS, AND ORDER FOR OTHER EQUITABLE RELIEF AS TO DEFENDANT COURTNEY KELLN

Plaintiff, the Securities and Exchange Commission (the "Commission") and Defendant Courtney Kelln ("Kelln") jointly move, pursuant to Fed. R. Civ. P. 65(b)(2), for the Court's approval of the attached Stipulation and Order for Entry of Preliminary Injunction, Order Freezing Assets and Order for Other Equitable Relief as to Kelln (the "Stipulation"). Good cause exists to enter the Stipulation for the reasons set forth below.

1. On August 5, 2021, the Commission filed an emergency ex parte motion for a temporary restraining order, order freezing assets and order for other equitable relief (Dkt. No. 3) seeking temporary relief as to all defendants. The Commission's motion was supported by the Complaint (Dkt. No. 1), the Commission's memoranda of law (Dkt. No. 4), the Declaration of Trevor Donelan and the accompanying evidentiary materials (Dkt. Nos. 1-1 – 1-13).

2. The Court issued a temporary restraining order, order freezing assets and granting other equitable relief on August 6, 2021 (the "TRO"). *See* Dkt. No. 7. As part of the TRO, the Court authorized service of process by alternative means, including email and overnight mail. The Commission made service on defendant Kelln on August 13, 2021. *See* Dkt. No. 23.

3. The Commission then filed a motion for a preliminary injunction, order freezing assets and order for other equitable relief on August 13, 2021. *See* Dkt. No. 24. That motion remains pending because the parties stipulated and agreed to extend the TRO to September 24, 2021. Dkt. No. 64.

4. The parties have engaged in good faith discussions to see if they would be able to reach agreement on the terms of a stipulated preliminary injunction order. The result of those discussions and agreement between the parties are reflected in the attached Stipulation.

5. This agreement between the parties does not waive Kelln's right to challenge the Commission's entitlement to any relief in this case.

WHEREFORE, the parties jointly request that the Court enter the Stipulation as to Kelln that is filed herewith.

Dated: September 24, 2021             Respectfully submitted,

                                      SECURITIES AND EXCHANGE COMMISSION

                                      By its attorneys,

                                      /s/ Eric A. Forni
                                      Eric A. Forni (Mass Bar No. 669685)
                                      Kathleen Burdette Shields (Mass Bar No. 637438)
                                      SECURITIES AND EXCHANGE COMMISSION
                                      33 Arch St., 24th Floor
                                      Boston, MA 02110
                                      Phone: (617) 573-8827 (Forni Direct), (617) 573-
                                      8904 (Shields direct)
                                      Fax: (617) 573-4590
                                      Fornie@sec.gov; shieldsska@sec.gov

                                      COURTNEY KELLN

                                      By her attorneys,

                                      /s/ Kevin B. Muhlendorf
                                      Wiley Rein LLP
                                      1776 K St. NW
                                      Washington, DC 20006
                                      202-719-7052
                                      kmuhlendorf@wiley.law

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

                          /s/ Eric A. Forni
                          Eric A. Forni