UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>　　　　　　　　　Defendants. | No. 1:21-cv-11276-WGY |

**JOINT MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS, AND ORDER FOR OTHER EQUITABLE RELIEF AS TO WILLIAM T. KAITZ**

Plaintiff, the Securities and Exchange Commission (the "Commission") and Defendant William T. Kaitz ("Kaitz") jointly move, pursuant to Fed. R. Civ. P. 65(b)(2), for the court's approval of the attached Stipulated Extension of the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief as to Kaitz and Extension of the Deadline to Respond to the Commission's Motion for Preliminary Injunction (the "Stipulation"). Good cause exists for the requested extensions as follows:

1. On August 6, 2021 at 1:10 p.m., the Court granted the Commission's *ex parte* motion seeking preliminary relief and entered the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief (the "TRO").

2. The TRO as it applies to Kaitz was modified by agreement of the parties and so adopted by the Court on August 13, 2021. *See* Dkt. Nos. 21, 22.

1

3. On August 13, 2021, the Commission filed a Motion for Preliminary Injunction. *See* Dkt. No. 24.  On August 18, 2021, the parties jointly requested that the Court extend the TRO as to Kaitz until September 3, 2021, because the parties were engaged in negotiations over the terms of a stipulated preliminary injunction order that, in the absence of further Court order, would govern the terms and scope of the freeze on Kaitz's assets while this action remains pending against Kaitz.

4. The parties continued to engage in discussions about the possibility of entering into a stipulated preliminary injunction order.  However, on August 24, 2021, Kaitz's attorney sought leave of Court to withdraw.  Dkt. No. 43.  Shortly thereafter, Kaitz retained new counsel, who required time to review and assess this matter.  On August 30, 2021, the parties jointly requested that the Court extend the TRO as to Kaitz until September 24, 2021.  On September 23, 2021, the parties jointly requested that the Court extend the TRO as to Kaitz until October 8, 2021.

5. The parties agree that the terms of the TRO as they currently apply to Kaitz should be extended for an additional period of 7 days, until Friday, October 15, 2021.  This extension of time will allow the parties the opportunity to continue exchanging information and conducting negotiations that may lead to a resolution of the Commission's claim for a freeze on Kaitz's assets while this action remains pending against Kaitz.

6. In moving for this extension of the TRO, Kaitz is not admitting or suggesting any wrongdoing with respect to the allegations in the Complaint.  Further, the Commission and Kaitz each reserve all rights and remedies with respect to the TRO.

WHEREFORE, the parties jointly request that the Court enter the Stipulation as to Mr. Kaitz that is filed herewith.

| | |
|---|---|
| Dated: October 5, 2021 | Respectfully submitted, |

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ *Eric A. Forni*
Eric A. Forni
Kathleen Burdette Shields
SECURITIES AND EXCHANGE COMMISSION
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8827 (Forni Direct), (617) 573-8904 (Shields direct); Fax: (617) 573-4590
Fornie@sec.gov; shieldsska@sec.gov

WILLIAM T. KAITZ

By his attorneys,

/s/ *R. Daniel O'Connor*
R. Daniel O'Connor
Daniel A. Yanofsky
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199
Phone: (617) 951-7000; Fax: (617) 951-7050
Daniel.OConnor@ropesgray.com
Daniel.Yanofsky@ropesgray.com

Brian R. Blais
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Phone: (212) 596-9000; Fax: (212) 596-9090
Brian.Blais@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

      /s/ *Daniel A. Yanofsky*
         Daniel A. Yanofsky