UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>Defendants. | No. 1:21-cv-11276-WGY |

### STIPULATED EXTENSION OF
### TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS, AND ORDER FOR OTHER EQUITABLE RELIEF AS TO WILLIAM KAITZ

Plaintiff, the Securities and Exchange Commission (the "Commission") and Defendant William T. Kaitz ("Kaitz") hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 65(b)(2), the Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief entered in this case on August 6, 2021 at 1:10 p.m. (the "TRO"), which was modified by agreement of the parties and so adopted by the Court (*see* Dkt. Nos. 21, 22), previously extended by the Court as to Kaitz until September 3, 2021 (*see* Dkt. No. 30), previously extended by the Court as to Kaitz until September 24, 2021 (*see* Dkt. No. 60), and previously extended as to Kaitz until October 8, 2021 (*see* Dkt. No. 73), shall be extended as to Kaitz for a period of 7 days, until Friday, October 15, 2021.

2. As reflected in the Court's previous Orders extending the TRO as to Kaitz (*see* Dkt. Nos. 30, 60), in the event that the parties do not reach an agreement on the terms of a

1

stipulated preliminary injunction order, the deadline to respond to the Commission's Motion for Preliminary Injunction (*see* Dkt. No. 24) shall be extended to three business days prior to the preliminary injunction hearing as to Kaitz, which shall be scheduled on a date and time convenient for the Court.

3. This Stipulation is entered into without Kaitz admitting or suggesting any wrongdoing with respect to the allegations in the Complaint.

4. The Commission and Kaitz each reserve all rights and remedies with respect to the TRO.

Dated: October 5, 2021

| | |
|---|---|
| WILLIAM T. KAITZ | SECURITIES AND EXCHANGE COMMISSION |
| By his attorneys, | By its attorneys, |
| /s/ R. Daniel O'Connor | /s/ Eric A. Forni |
| R. Daniel O'Connor<br>Daniel A. Yanofsky<br>ROPES & GRAY LLP<br>Prudential Tower<br>Boston, Massachusetts 02199<br>Phone: (617) 951-7000<br>Fax: (617) 951-7050<br>Email: Daniel.OConnor@ropesgray.com<br>Email: Daniel.Yanofsky@ropesgray.com<br><br>Brian R. Blais<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 596-9000<br>Fax: (212) 596-9090<br>Email: Brian.Blais@ropesgray.com | Eric A. Forni (Mass Bar No. 669685)<br>Kathleen Burdette Shields (Mass Bar No. 637438)<br>SECURITIES AND EXCHANGE COMMISSION<br>33 Arch St., 24th Floor<br>Boston, MA 02110<br>Phone: (617) 573-8827 (Forni Direct), (617) 573-8904 (Shields direct)<br>Fax: (617) 573-4590<br>Fornie@sec.gov; shieldsska@sec.gov |

**SO ORDERED THIS**  7th  **Day of**  October  **2021**

 /s/ William G. Young
**United States District Judge**