UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>                              **Plaintiff,**<br><br>**v.**<br><br>**FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,**<br><br>                              **Defendants.** | **21-cv-11276-WGY** |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT FREDERICK L. SHARP

Pursuant to Fed. R. Civ. P. 55, plaintiff Securities and Exchange Commission ("the Commission") hereby moves for entry of default as to defendant Frederick L. Sharp ("Sharp"). Sharp has neither responded to the Commission's complaint nor obtained counsel in this case.

Sharp was validly served by email as permitted by the Court's Temporary Restraining Order and was further served by overnight Federal Express delivery.  *See* Docket No. 7, ¶IX (permitting service by email and by delivery by commercial courier); Docket No. 13 (Executed Summons, Frederick Sharp, filed October 11, 2021); Docket No. 115 (Supplemental Proof of Service, filed November 10, 2021).

Accordingly, Sharp's Answer to the Complaint was due, at the latest, by September 8, 2021, which is the date 21 days after he was served with the complaint by overnight Federal Express delivery.  *See* Fed. R. Civ. P. 12(a)(1)(i).   As of today, November 10, 2021, no answers or notices of appearance have been filed for defendant Sharp.  Moreover, Sharp has not complied

with the Court's Temporary Restraining Order, Asset Freeze and Order for Other Equitable

Relief (Dkt. No. 7), or the Court's Preliminary Injunction, Asset Freeze and Order for Other

Equitable Relief (Dkt. No. 39), which both required him to repatriate his assets outside of the

United States (¶VIII, Dkt. No. 7, ¶VI, Dkt. No. 39).

The Commission requests that a default be entered by the clerk as to Sharp.  Upon the

clerk's entry of default, the Commission will move the Court for a default judgment as to Sharp

pursuant to Fed. R. Civ. P. 55(b)(2).

Dated: November 10, 2021    Respectfully submitted,
          SECURITIES AND EXCHANGE COMMISSION
          By its attorneys,

          /s/ Kathleen Burdette Shields_____
          Eric A. Forni (Mass Bar No. 669685)
          Kathleen Burdette Shields (Mass Bar No. 637438)
          SECURITIES AND EXCHANGE COMMISSION
          Boston Regional Office
          33 Arch St., 24th Floor
          Boston, MA 02110
          Phone: (617) 573-8827 (Forni direct), (617) 573-8904 (Shields direct)
          Fax: (617) 573-4590 (fax)
          Fornie@sec.gov; Shieldska@sec.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned was unable to confer with defendant Frederick L. Sharp because he is not represented by counsel and no individual has been authorized to represent him in this matter. Sharp has not responded to overnight mail letters sent to Sharp's home address in Canada.

     /s/ Kathleen Shields_____
     Kathleen Shields

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.  A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

                   /s/ Kathleen Shields
                 Kathleen Shields