UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　　　**Plaintiff,**<br>　v.<br><br>**FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,**<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 21-CV-11276 (WGY)** |

### *ASSENTED-TO* PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

　　Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests, pursuant to Local Rule 7.1(b)(4), that the Court grant the SEC leave to file 23 pages in a consolidated opposition to Paul Sexton's and Graham Taylor's motions to dismiss the Complaint. As grounds for this request, the SEC states as follows:

1. On November 16, 2021, Taylor filed a 20-page motion to dismiss the SEC's Complaint.

2. On November 17, 2021, Sexton filed a 20-page motion to dismiss the SEC's Complaint.

3. Both motions raise complex legal issues.

4. Because Taylor and Sexton raise similar issues, the SEC has prepared a consolidated opposition to both motions, which is currently 23 pages long. If the SEC were to file separate oppositions, the total number of pages of those oppositions would likely exceed 23 pages because the SEC would have to repeat itself.

5. Accordingly, the SEC believes that its brief presents the most efficient course for the Court's review of this matter.

1

6. Taylor and Sexton assent to the relief requested herein.

For the foregoing reasons, the SEC respectfully requests that the Count grant it leave to file an opposition to Taylor's and Sexton's motions in excess of 20 pages.

Dated:  December 7, 2021

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Eric A. Forni
Eric A. Forni (Mass Bar No. 669685)
Kathleen Burdette Shields (Mass Bar No. 637438)
SECURITIES AND EXCHANGE SEC
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8827 (Forni direct), (617) 573-8904 (Shields direct)
Fax: (617) 573-4590 (fax)
Fornie@sec.gov; Shieldska@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.  A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

/s/ Eric A. Forni
Eric A. Forni