UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,**

**Defendants.**

21-cv-11276-WGY

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FREDERICK L. SHARP

Pursuant to Fed. R. Civ. P. 55(b)(2), plaintiff Securities and Exchange Commission ("the Commission") hereby moves for entry of default judgment as to defendant Frederick L. Sharp ("Sharp").  In support of this motion, the Commission submits the accompanying memorandum of law and a declaration by Trevor Donelan.  Also filed herewith is a proposed form of Final Judgment as to Sharp.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Final Judgment against defendant Sharp.

Dated: December 15, 2021

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Kathleen Burdette Shields
Eric A. Forni (Mass Bar No. 669685)
Kathleen Burdette Shields (Mass Bar No. 637438)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor

Boston, MA 02110
Phone: (617) 573-8827 (Forni direct), (617) 573-8904 (Shields direct)
Fax: (617) 573-4590 (fax)
Fornie@sec.gov; Shieldska@sec.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned was unable to confer with defendant Frederick L. Sharp because he is not represented by counsel and no individual has been authorized to represent him in this matter. Sharp has not responded to overnight mail letters sent to Sharp's home address in Canada.

/s/ Kathleen Shields
Kathleen Shields

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A copy will also be sent via first class mail, overnight mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system.

/s/ Kathleen Shields
Kathleen Shields