UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br> v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>    Defendants. | Civil Action No. 21-CV-11276-WGY |

## JOINT PROPOSED SCHEDULING ORDER

At the hearing held on January 20, 2022, the Court instructed the parties to meet and confer concerning a schedule for the proceedings in this case and to submit a joint proposal, outlining any differences that the parties may have (D.E. 189) (the "Hearing"). The parties have conferred, and there is a difference of opinion among the parties as to the schedule that the Court should adopt. One proposed schedule, with dates listed in the column labeled Proposal #1, is submitted jointly on behalf of plaintiff Securities and Exchange Commission and defendants Zhiying Yvonne Gasarch, Paul Sexton, Jackson Friesen, William Kaitz, Graham Taylor and Avtar Dhillon. The other proposed schedule, with dates listed in the column labeled Proposal #2, is submitted jointly on behalf of defendants Mike Veldhuis and Courtney Kelln. Following the proposed schedules is a short statement from each group of parties in support of their proposed schedule.

| Matter | Proposal #1 | Proposal #2 |
|---|---|---|
| Jury Trial Ready | 4/24/2023 | Deferred |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* | 4/3/2023 | Deferred |
| Joint Pretrial Memo due - LR 16.5(d) | 3/20/2023 | Deferred |
| Joint Pretrial Memo exchange of info between parties – to prepare for filing due 3/20/2023 | 2/27/2023 | Deferred |
| Oppositions to Dispositive Motions due | 2/13/2023 | Deferred |
| Dispositive Motions due | 1/23/2023 | Deferred |
| Expert Deposition Deadline | 12/16/2022 | Deferred |
| Expert Disclosure (Rebuttal) | 12/1/2022 | Deferred |
| Expert Disclosure (Initial) | 11/1/2022 | Deferred |
| All Fact discovery closes – all written discovery served such that responses are due by this date | 12/16/2022 | Deferred |
| Last Date to Move to Amend Pleadings or Add Parties | 5/2/2022[1] | Deferred |
| Initial Disclosures Due | 4/1/2022 | Deferred |
| Joint Rule 26(f) Report of Discovery Planning Meeting | 3/18/2022 | Deferred |

---

[1] On January 20, 2022, the Court tentatively denied all motions to dismiss filed in this case, pending further review. *See* Dkt. No. 189. In the event that the Court subsequently grants any motions to dismiss, in part or whole and without prejudice, and does so on or after April 22, 2022, the Commission may seek leave to amend its complaint 10 days after any such ruling.

**Statement Supporting Proposal #1**

To account for the complexities of this case and the expected volume of discovery to include millions of documents and communications, plaintiff Securities and Exchange Commission and defendants Zhiying Yvonne Gasarch, Paul Sexton, Jackson Friesen, William Kaitz, Graham Taylor and Avtar Dhillon seek a slight departure from the "ready for trial" and dispositive motions deadlines currently set forth during the Hearing.

**Position of Defendants Courtney Kelln and Mike K. Veldhuis in Support of Proposal #2**

At a hearing on January 20, 2022, the Court set a "ready trial" date of January 3, 2023 and a deadline of December 1, 2022 for a joint final pretrial memorandum.  At the time of the January 20th hearing, the parties had not yet conferred concerning any proposed case management schedule and plaintiff Securities and Exchange Commission had not yet disclosed the extent of its investigative file to be produced in discovery.  The Court directed the parties to submit a joint case management plan based upon that January 2023 trial date.

Defendants Kelln and Veldhuis request that the Court re-set the "ready trial" date for this action from January 3, 2023 to at least January 2024 based upon the following information that was unavailable to the Court on January 20th.

First, the SEC has disclosed that its investigative file contains "millions" of documents and more than 2 tetrabytes of data.  Even if counsel for defendants could review more than 2,000 documents per day, a full review of the SEC's investigative file will necessarily take more than one year to complete. The SEC has disclosed that its own investigation that led to the institution of this action (and others) took several years to complete.

Second, the U.S. Attorney's Office for the District of Massachusetts (the "USAO") has informed counsel for Defendants Kelln and Veldhuis that the USAO intends to seek a partial stay

3

of discovery in this action to prevent the taking of any witness depositions in this SEC civil action until after the completion of related criminal proceedings. [In August 2021, the USAO announced the filing of a criminal complaint against Defendants Kelln and Veldhuis and two others.]

Under these new circumstances, Defendants Kelln and Veldhuis respectfully request that the Court re-set the January 2023 "ready trial" date and defer issuing a case management plan until after ruling upon the USAO's upcoming motion for a partial stay of discovery in this SEC civil action.

Dated: February 18, 2022

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ Kathleen Shields
Kathleen Burdette Shields (Mass Bar No. 637438)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573- 8904 (Shields direct)
Fax: (617) 573-4590 (fax)
Shieldska@sec.gov

JACKSON T. FRIESEN

By his attorneys,

/s/ Sarah E. Walters
Sarah E. Walters (BBO # 638378)
Caitlyn M. Campbell (BBO # 661780)
Elizabeth A. Rodd (BBO # 706724)
MCDERMOTT WILL & EMERY
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
sewalters@mwe.com
ccampbell@.mwe.com
erodd@mwe.com

ZHIYING YVONNE GASARCH

By her attorneys,

*/s/ Michelle R. Pascucci*
Michelle R. Pascucci (BBO # 690889)
Matthew N. Kane (BBO # 636801)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street Suite 1600
Boston, MA 02110
413-320-7029
mrp@dcglaw.com
mnk@dcglaw.com

PAUL SEXTON

By his attorneys,

*/s/ Neil Thomas Smith*
Neil Thomas Smith (BBO# 651157)
K & L GATES LLP
One Lincoln Street
State Street Financial Center
Boston, MA 02111
617-261-3180
neil.smith@klgates.com

Stephen G. Topetzes*
Robert S. Silverblatt*
K&L GATES LLP
1601 K Street NW
Washington, DC 20006
202-778-9132
Fax: 202-778-9100
stephen.topetzes@klgates.com
rob.silverblatt@klgates.com
*Admitted pro hac vice*

WILLIAM T. KAITZ

By his attorneys,

*/s/ R. Daniel O'Connor*
R. Daniel O'Connor (BBO# 634207)

5

>Daniel A. Yanofsky (BBO # 691605)
>ROPES & GRAY LLP
>Prudential Tower, 800 Boylston Street
>Boston, MA 02199-3600
>212-596-9000
>Fax: 212-596-9090
>daniel.yanofsky@ropesgray.com
>daniel.oconnor@ropesgray.com
>
>Brian R. Blais
>ROPES & GRAY LLP
>1211 Avenue of the Americas
>New York, NY 10036
>Phone: (212) 596-9000
>Fax: (212) 596-9090
>Brian.Blais@ropesgray.com

GRAHAM R. TAYLOR

By his attorneys,

>*/s/ Michael J. Quinn*
>Michael J. Quinn*
>VEDDER PRICE P.C.
>1925 Century Park East
>Suite 1900
>Los Angeles, CA 90067
>424-204-7734
>Email: mquinn@vedderprice.com
>**Admitted pro hac vice*
>
>Jeffrey T. Collins (BBO #640371)
>Maura D. McLaughlin (BBO #634923)
>MORGAN, BROWN & JOY, LLP
>200 State Street, 11th Floor
>Boston, MA 02109
>617-523-6666
>Fax: 617-367-3125
>jcollins@morganbrown.com
>mmclaughlin@morganbrown.com

6

AVTAR S. DHILLON

By his attorneys,

*/s/ George W. Vien*
George W. Vien (BBO# 547411)
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com

John G. Moon*
Adrienne M. Ward*
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2212
jmoon@olshanlaw.com
award@olshanlaw.com
*Admitted pro hac vice


COURTNEY KELLN

By her attorneys,

*/s/ Kevin B. Muhlendorf*
Holly Wilson
Pam Signorello
Wiley Rein LLP
2050 M St. NW
Washington, DC 20036
202-719-7052
kmuhlendorf@wiley.law


MIKE VELDHUIS

By his attorneys,

*/s/ Lorraine Belostock*
Howard M. Cooper (BBO # 543842)
Lorraine Belostock (BBO # 692183)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

7

hcooper@toddweld.com
lbelostock@toddweld.com

Michael Tremonte
Robert Knuts
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
(212-202-2600)
mtremonte@shertremonte.com
rknuts@shertremonte.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 18, 2022, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

    /s/ Kathleen B. Shields
    Kathleen B. Shields

8