UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　　**Plaintiff,**<br>　v.<br>**FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,**<br>　　　　　　　　　**Defendants.** | **Civil Action No. 21-CV-11276-WGY** |

## MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves the Court for entry of the Proposed Scheduling Order (the "Proposed Order") attached hereto. The defendants have not complied with the Joint Proposed Order, Docket No. 200, which was previously filed on February 18, 2022. As grounds for this motion, the Commission states as follows:

1. At a hearing held on January 20, 2022 (the "Hearing"), the Court instructed the parties to meet and confer concerning a schedule for the proceedings in this case and to submit a joint proposal, outlining any differences that the parties may have. *See* Docket No. 189.

2. Also at the Hearing, the court tentatively denied all motions to dismiss filed in this case, pending further review. *See* Docket No. 189. The Court has not yet issued written opinions on the motions to dismiss.

1

3. The parties submitted the Joint Proposed Order on February 18, 2022, which contained two proposed schedules. Proposal #1 suggested multiple deadlines culminating in a "trial ready" date of April 24, 2023, whereas Proposal #2 suggested deferring all scheduling until a ruling was issued on the U.S. Attorney's Office for the District of Massachusetts' (the "USAO") motion for a partial stay of discovery in this matter. The court has not yet ruled on the Joint Proposed Order. Further, the USAO has not yet filed a motion for a partial stay of discovery.

4. The parties agreeing to Proposal #1 of the Joint Proposed Order, agreed to exchange Rule 26 Initial Disclosures on April 1, 2022. The Commission submitted its Initial Disclosures to the defendants on April 1, 2022, but none of the defendants, including the defendants who agreed with Proposal #1, has reciprocated. The Commission has produced several categories of documents to the defendants but the parties have not engaged in any other discovery.

5. According to Fed. R. Civ. P. 26(a)(1)(C), unless a party objects to the obligation to provide initial disclosures, the time to exchange Initial Disclosures is one of the following: (a) within 14 days of the Rule 26(f) conference, (b) a date set by stipulation of the parties, *or* (c) a date set by court order. Thus, the Commission believes that, in the absence of this Court's ruling on the Joint Proposed Order, at least the parties who agreed to Proposal #1 had an obligation to exchange Initial Disclosures by the agreed-upon date in Proposal #1 – April 1, 2022. Defendants have taken the position that they have no duty to do so until the Court rules on the Joint Proposed Order.

Wherefore, the Commission respectfully requests that the Court enter the Proposed Order, which largely adopts the dates in Proposal #1 of the Joint Proposed Order as modified to allow

for the exchange of Initial Disclosures by July 8, 2022, and moving all other deadlines in approximately the same relative schedule that was contained in Proposal #1 of the Joint Proposed Order.

Dated: June 24, 2022                     Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ *Kathleen B. Shields*
Kathleen B. Shields (Mass Bar No. 637438)
David H. London (Mass Bar No. 638289)
Katherine Bromberg (New York Bar No. 4154555)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8904 (Shields direct); (617) 573-8997 (London direct)
Fax: (617) 573-4590 (fax)
Shieldska@sec.gov; LondonD@sec.gov

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I emailed counsel for all of the defendants two times, inviting them to meet and confer on this proposed motion. I had substantive communications with counsel for defendants Kelln, Friesen and Gasarch and we were unable to resolve our differences as to the motion. I also received and responded to a question from counsel for defendant Veldhuis.

/s/ Kathleen B. Shields
Kathleen B. Shields

### CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ Kathleen B. Shields
Kathleen B. Shields