UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>       Defendants. | No. 1:21-cv-11276-WGY |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT JACKSON FRIESEN

Pursuant to Local Rule 83.5.2(c), the undersigned counsel respectfully submits this Assented-To Motion for Leave to Withdraw as Counsel for Defendant Jackson Friesen and requests that this Court grand the undersigned leave to withdraw.

Under Local Rule 83.5.2(c)(2), counsel's withdrawal requires leave of Court for good cause shown. Leave to withdraw may be granted in the Court's sound discretion. *See Andrews v. Bechtel Power Corp.*, 780 F.2d 124, 135 (1st Cir. 1985). Massachusetts Rules of Professional Conduct Rule 1.16(a)(3) requires a lawyer to withdraw where "the lawyer is discharged." Without disclosing client confidences, Mr. Friesen has terminated his relationship with the undersigned counsel and the firm of McDermott Will & Emery LLP and has directed us to withdraw our appearance on his behalf. As a result, in accordance with the Massachusetts Rules of Professional Conduct, counsel must withdraw. Plaintiff's counsel also assented to the withdrawal. Counsel has made Mr. Friesen aware of all current deadlines.

1

For the foregoing reasons, undersigned counsel respectfully requests that this Motion be ALLOWED and counsel be permitted to withdraw.

| | |
|---|---|
| Dated: July 27, 2022 | Respectfully submitted,<br><br>JACKSON T. FRIESEN<br><br>By his attorneys,<br><br>/s/ Sarah E. Walters<br>Sarah E. Walters (BBO # 638378)<br>Caitlyn M. Campbell (BBO # 661780)<br>Elizabeth A. Rodd (BBO # 706724)<br>McDermott Will & Emery<br>200 Clarendon Street, Floor 58<br>Boston, MA 02116<br>(617) 535-4000<br>sewalters@mwe.com<br>ccampbell@mwe.com<br>erodd@mwe.com |

## CERTIFICATION

I certify that on July 27, 2022, I conferred with Plaintiff's counsel pursuant to L.R. 7.1 and plaintiff's counsel assented to this Motion.

*/s/ Sarah E. Walters*
Sarah E. Walters (BBO #638378)

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to L.R. 5.2(b), a true copy of the above document was served upon the attorneys of record for each party by ECF on July27, 2022.

*/s/ Sarah E. Walters*
Sarah E. Walters (BBO #638378)
