UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,**<br><br>　　　　　　　　　**Defendants.** | Civil Action No. 21-CV-11276-WGY |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37.1, the Securities and Exchange Commission (the "Commission") hereby respectfully moves the Court to (i) compel the production of documents by defendant Jackson T. Friesen ("Friesen") and Yvonne Gasarch ("Gasarch") and if they do not respond within fourteen days, issue sanctions in the form of an order prohibiting Friesen and Gasarch from introducing evidence to contest the Commission's claims against them.

On July 22, 2022, the Commission served its First Request for the Production of Documents (the "Document Requests") on both Friesen and Gasarch. After seeking and obtaining several extensions of time to respond, after Friesen changed counsel, and after the Commission's counsel pressed for document responses several times, Friesen finally served a written response to the Document Request on November 29, 2022 and Gasarch finally served a written response on December 16, 2022. Both Friesen and Gasarch have refused to produce particular documents relating to their finances and accounts that were sought by the Document

Request. Their refusal to produce these documents is unjustified and warrants relief from the Court.

A memorandum of law in support of the present motion is filed herewith and details the documents that Friesen and Gasarch have refused to produce.

The undersigned, Kathleen Shields, hereby certifies that she has complied with the provisions of Rule 37(d)(1)(B) and Local Rule 37.1, requiring a good faith attempt to confer with the parties failing to act, before the filing of the present motion.

| | |
|---|---|
| Dated: January 5, 2022 | Respectfully submitted, |
| | SECURITIES AND EXCHANGE COMMISSION<br>By its attorneys, |
| | */s/ Kathleen B. Shields*<br>Kathleen B. Shields (Mass Bar No. 637438)<br>David H. London (Mass Bar No. 638289)<br>Katherine Bromberg (Mass Bar No. 655414)<br>SECURITIES & EXCHANGE COMMISSION<br>Boston Regional Office<br>33 Arch St., 24th Floor<br>Boston, MA 02110<br>Phone: (617) 573-8904 (Shields); (617) 573-8997 (London); (617) 573-8914 (Bromberg)<br>Shieldska@sec.gov; LondonD@sec.gov; BrombergK@sec.gov |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I spoke with both counsel for Friesen and Gasarch concerning their responses to the Commission's Document Requests. We were unable to resolve our differences as to the motion.

/s/ Kathleen B. Shields
Kathleen B. Shields

## CERTIFICATE OF SERVICE

    I hereby certify that on January 5, 2023, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

                        /s/ Kathleen B. Shields  
                        Kathleen B. Shields