Thx
------Original Message------
From: Kash
To: Silv
Subject: Stvf
Sent: Oct 15, 2015 8:06 PM

S 100K STVF @ 0.10.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0211077