9/27/23
10:35

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                       )
SECURITIES AND EXCHANGE COMMISSION,    )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        CIVIL ACTION
                                       )        NO. 21-11276-WGY
                                       )
ZHIYING YVONNE GASARCH,                )
JACKSON T. FRIESEN,                    )
                                       )
                Defendants.            )
_____)
```

## VERDICT

For each question, please place a check mark beside the
appropriate response.

We, the jury, unanimously respond to the following questions:

### Section 10(b) of the Securities Exchange Act of 1934 and Rules 10b-5(a) and (c) thereunder
(Fraud in Connection with the Purchase or Sale of
Securities)

1. Did Jackson Friesen violate Section 10(b) of the
   Securities Exchange Act of 1934 and Rules 10b-5(a) and
   (c) thereunder?

   _____ NO      _____✓_____ YES

### Section 17(a)(1) of the Securities Act of 1933
(Fraud in the Offer or Sale of Securities)

2. Did Jackson Friesen violate Section 17(a)(1) of the
   Securities Act of 1933?

   _____ NO      _____✓_____ YES

**Section 17(a)(3) of the Securities Act of 1933**
(Fraud in the Offer or Sale of Securities)

3. Did Jackson Friesen violate Section 17(a)(3) of the
Securities Act of 1933?

_____ NO   ____✓_____ YES

4. Did Zhiying Yvonne Gasarch violate Section 17(a)(3) of
the Securities Act of 1933?

_____ NO   ____✓_____ YES

**Section 5(a) and (c) of the Securities Act of 1933**
(Unregistered Offerings of Securities)

5. Did Jackson Friesen violate Sections 5(a) and 5(c) of the
Securities Act of 1933?

_____ NO   ____✓_____ YES

**Section 13(d) of the Securities Exchange Act of 1934 and
Rule 13d-1 Thereunder**
(Failure to Report Over 5% Beneficial Ownership of
Securities)

6. Did Jackson Friesen violate Section 13(d) of the
Securities Exchange Act of 1934 and Rule 13d-1
thereunder?

_____ NO   ____✓_____ YES

**Aiding and Abetting Violations of the Securities Laws**
(Aiding and Abetting Fraud in the Offer, Purchase, or
Sale of Securities)

7. Did Zhiying Yvonne Gasarch aid and abet violations of
Sections 17(a)(1), Sections 17(a)(3) of the Securities
Act of 1933, or Section 10(b) of the Securities Exchange Act
of 1934 and Rule 10b-5(a) and (c) thereunder by others?

_____ NO   ____✓_____ YES

DATE: _9/27/23_                     FOREWOMAN: _Karla Peckham_

[2]