UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R TAYLOR,<br><br>                    Defendants. | Case No. 1:21-cv-11276-WGY |

### **DEFENDANT YVONNE GASARCH'S NOTICE OF JOINDER**

Defendant Yvonne Gasarch hereby provides notice that she joins in Defendant Jackson Friesen's Objections to Judgment, Motion to Amend, Clarify or Correct Judgment, and Opposition to Motion for Turnover Order (ECF No. 501) and Defendant Paul Sexton's Opposition to Motion for Orders Directing the Turnover of Frozen Funds to the Securities and Exchange Commission (ECF No. 502). The SEC has indicated that it does not oppose Ms. Gasarch joinder.

Dated: July 3, 2024

Respectfully submitte*d,*

*/s/Karen A. Pickett*
Karen A. Pickett, BBO #633801

Pickett Law Offices, PC

125 High St., 26th FL

Boston, MA  02110

617.423.0485

kpickettlaw@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2024, I filed the foregoing via the Court's ECF system, which electronically serves a copy on all counsel of record.

                                                       */s/Karen A. Pickett*
                                                       Karen A. Pickett