UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Frederick L. Sharp, *et al.*,<br><br>　　Defendants. | Case No. 1:21-cv-11276-WGY<br><br>NOTICE OF APPEAL |

　　PLEASE TAKE NOTICE that Defendant Zhiying Yvonne Gasarch hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered in this action on June 20, 2024 (Dkt. No. 498) as well as all orders encompassed therein.

　　　　　　　　　　　　　　　　　　ZHIYING YVONNE GASARCH

　　　　　　　　　　　　　　　　　　 By her Attorney,
　　　　　　　　　　　　　　　　　　/s/Karen A. Pickett
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Karen A. Pickett (BBO # 633801)
　　　　　　　　　　　　　　　　　　PICKETT LAW OFFICES, PC
　　　　　　　　　　　　　　　　　　125 High St., 26th Floor
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　617 423 0485
　　　　　　　　　　　　　　　　　　kpickettlaw@gmail.com

August 19, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 19, 2024

./s/Karen A. Pickett