UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,<br><br>Defendants. | Civil Action No. 21-CV-11276-WGY |

## [PROPOSED] CONSENT ORDER

Pursuant to the agreement of the Securities and Exchange Commission and Jackson T. Friesen, as indicated by their counsels' signatures below, this Court hereby confirms its approval of the terms and conditions of the Order, entered December 31, 2024, from the Supreme Court of British Columbia, No. S226464, and attached hereto as Exhibit A, relating solely to the release of funds for the payment of Mr. Friesen's Canadian Legal Fees pursuant to Section 1(e) therein.

1

MARANDA E. FRITZ PC

By: /s/ Maranda E. Fritz
Maranda E. Fritz (*pro hac vice*)
521 Fifth Avenue
New York, New York 10017
Tel: 646-584-8231
Email: Maranda@fritzpc.com

Timothy J. Fazio
Manning Gross + Massenburg LLP
(MA Bar No. 654157)
125 High Street, 6th Floor
Oliver Street Tower
Boston, MA 02110
Tel: (617) 670-8800
Email: tfazio@mgmlaw.com


Counsel for Jackson T. Friesen


SECURITIES AND EXCHANGE
COMMISSION

By: /s/ David H. London
David H. London
(MA Bar No. 638289)
33 Arch Street, 24th Floor
Boston, MA 02110
Tel: 617-573-8997
Email: londonD@SEC.gov

Counsel for the United States Securities and
Exchange Commission



SO ORDERED:


*William H. Young*
UNITED STATES DISTRICT JUDGE

Dated: *January 27, 2025*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF on January 17, 2025.

/s/ *Timothy J. Fazio*
Timothy J. Fazio