UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

     v.

FREDERICK L. SHARP, ZHIYING
YVONNE GASARCH, COURTNEY
KELLN, MIKE K. VELDHUIS, PAUL
SEXTON, JACKSON T. FRIESEN,
WILLIAM T. KAITZ, AVTAR S.
DHILLON, and GRAHAM R. TAYLOR,

     Defendants.

Civil Action No. 21-CV-11276-WGY

**ASSENTED-TO MOTION TO MODIFY ASSET FREEZE**

NOW COMES Defendant Jackson T. Friesen, and with the assent of the Plaintiff,

Securities and Exchange Commission, respectfully requests that this Court issue a further order

lifting the freeze on Mr. Friesen's accounts in relation not only to legal fees but also to allow for

all transfers listed in the Order, entered December 31, 2024, from the Supreme Court of British

Columbia, No. S226464, and attached hereto as Exhibit A.

1

Respectfully submitted,

Jackson T. Friesen,
By his counsel,

*/s/ Maranda E. Fritz*
Maranda E. Fritz (pro hac vice)
521 Fifth Avenue
New York, New York 10017
Tel: 646-584-8231
Email: Maranda@fritzpc.com

*/s/ Timothy J. Fazio*
Timothy J. Fazio (MA Bar No. 654157)
Manning Gross + Massenburg LLP
125 High Street, Oliver St. Tower, Fl. 6,
Boston, MA 02110
Tel: (617) 670-8800
Email: tfazio@mgmlaw.com

ASSENTED TO BY:

United States Securities and Exchange
Commission
By its counsel,

*/s/ David H. London*
David H. London (MA Bar No. 638289)
33 Arch Street, 24th Floor
Boston, MA 02110
Tel: 617-573-8904
Email: londonD@SEC.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF on March 28, 2025.

/s/ *Timothy J. Fazio*
Timothy J. Fazio

2