# EXHIBIT A



SUPREME COURT
OF BRITISH COLUMBIA
VANCOUVER REGISTRY

DEC 3 1 2024

ENTERED

NO. S226494
VANCOUVER REGISTRY

N THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

PLAINTIFF

AND:

FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN,
MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, and GRAHAM R. TAYLOR

DEFENDANTS

## ORDER MADE AFTER APPLICATION

| | | | |
|---|---|---|---|
| BEFORE | ) THE HONOURABLE JUSTICE FRANCIS | ) | 4 December 2024 |

ON THE APPLICATION of the defendant, Jackson T. Friesen, coming on for hearing at the courthouse at 800 Smithe Street, Vancouver, BC, V6Z 2E1, on the 9th day of October, 2024; AND ON HEARING Owais Ahmed, counsel for the defendant, Jackson T. Friesen, and on hearing Malcolm Ruby and Will Chamberlain, counsel for the plaintiff, United States Securities and Exchange Commission; AND JUDGMENT being reserved to this date;

THIS COURT ORDERS that:

1.    Pursuant to sections 3 and 10 of the Order of the Honourable Madam Justice Francis made April 15, 2024 in this action with respect to the assets of Jackson T. Friesen (the "**Preservation Order**"), that the Preservation Order be varied to allow the applicant, Jackson T. Friesen ("**Friesen**"), to withdraw and spend the following sums from his assets notwithstanding the terms of the Preservation Order:

(a)    $321,879.64 for the payment of corporate taxes owed by Ardent Strategies Corporation to the Canada Revenue Agency;

(b)    $123,674.82 for the payment of corporate taxes owed by Westside Capital Partners Corp. to the Canada Revenue Agency;

232007/590648MT MTDOCS 52866757

- 2 -

(c)    $11,184.79 for the payment of personal income taxes owed by Friesen to the Canada Revenue Agency.

(d)    US$30,000.00 (or the equivalent amount in Canadian dollars at the time of withdrawal) for living costs and a further US$5,000.00 (or the equivalent amount in Canadian dollars at the time of withdrawal) each month for living costs commencing on October 1, 2024 (collectively, the "**Living Expenses**");

(e)    $50,000.00 on legal advice and representation from his Canadian solicitors ("**Canadian Legal Fees**"); and

(f)    US$300,000.00 (or the equivalent amount in Canadian dollars at the time of withdrawal) on legal advice and representation from his United States lawyers ("**United States Legal Fees**").

(collectively, the "**Permitted Expenses**")

2.    The Permitted Expenses will be withdrawn from the following accounts:

(a)    funds sufficient to pay Ardent Strategies Corporation's corporate tax expenses will be withdrawn from the assets held in account no. 064-3873-A held at Leede Jones Gable Inc.;

(b)    funds to pay Westside Capital Partners Corp.'s corporate tax expenses will first be withdrawn from the assts held in account no. 064-8121-A assets at Leede Jones Gable Inc., and if the assets held in that account are not sufficient to pay Westside Capital Partners Corp.'s corporate taxes in full, any further funds required to pay the balance of Westside Capital Partners Corp.'s corporate taxes will be withdrawn from the bank account held by Ferrous Capital Corporation at the Bank of Montreal with the account no. 0004-1720-477.

(c)    Friesen's personal income tax expenses, Living Expenses, Canadian Legal Fees, and United States Legal Fees will be withdrawn from the following accounts and in the following order, with each account being exhausted prior to any funds being withdrawn from the subsequent account in order:

(i)    the bank account held by Friesen at Coast Capital Savings with the account no. 110000771139 (the "**Coast Capital Savings Account**");

(ii)    the funds held in trust on behalf of Friesen at Harper Grey LLP;

(iii)    the bank account held by Friesen at Envision Financial, a division of First West Credit Union with the account no. 262-154112;

(iv)    the bank account held by Friesen at the Canadian Imperial Bank of Commerce with the account no. 76-42334; and

(v)    the bank account held by Ferrous Capital Corporation at the Bank of Montreal with the account no. 0004-1720-477.

- 3 -

3.   Once the Coast Capital Savings Account is fully exhausted by way of the withdrawal contemplated by paragraph 2(c)(i) above, Friesen may deposit any permitted amounts withdrawn to cover his Living Expenses into the Coast Capital Savings Account and then use that account to pay for his personal expenses.

4.   Friesen and the plaintiff will jointly apply to the British Columbia Securities Commission for a variation of the terms of any prior preservation orders made by the British Columbia Securities Commission under section 164.04 of the *Securities Act*, R.S.B.C. 1996, c.418 (the "**BC Securities Commission Preservation Orders**") as may be necessary, in order for sections 1 and 2 of this order to be implemented.

5.   Without contravening existing or future Orders made in the civil proceedings pending before the U.S. District Court, *Securities and Exchange Commission v. Frederick L. Sharp et al.*, civil action number 1:21-cv-11276-WGY or in the related appeal proceeding before the United States Court of Appeals (the "**US SEC Civil Proceedings**"), Friesen may agree with the Plaintiff that the above spending limits should be increased or that this Order should be relaxed in any other respect but any such agreement will be effective only if confirmed in writing and signed by Friesen and the Plaintiff.

6.   An order that those parts of the hearing of this application in which counsel for the applicant or the Court makes reference to information contained within the Affidavit of Jackson T. Friesen, made April 24, 2024, be held *ex parte*.

232007/590648MT MTDOCS 52866757

- 4 -

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS, IF ANY, THAT ARE INDICATED ABOVE AS BEING BY CONSENT:


_____
OWAIS AHMED
Counsel for the defendant, Jackson T. Friesen


_____
**Will Chamberlain**
Counsel for the plaintiff, United States
Securities and Exchange Commission

BY THE COURT

_____
**REGISTRAR**

No. S226494
VANCOUVER REGISTRY

**IN THE SUPREME COURT OF BRITISH COLUMBIA**

BETWEEN

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

(Plaintiff)

AND:

FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, and GRAHAM R. TAYLOR

(Defendants)

_____

**ORDER**

_____

**Owais Ahmed**
McCarthy Tétrault LLP
Suite 2400, 745 Thurlow Street
Vancouver, British Columbia  V6E 0C5
Tel: 604-643-7100
Email: oahmed@mccarthy.ca
Fax: 604-643-7900

232007/590648MT MTDOCS 52866757